Maximilian Travis, Esq.
**MUCHMORE & ASSOCIATES PLLC**
217 Havemeyer Street, 4th Floor
Brooklyn, NY 11211
(917) 932-0299
mtravis@muchmorelaw.com
*Counsel to Kevin Kelly and Edel Kelly*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| Debtors. | (Joint Administration) |

------------------------------------------------------------------------------x
CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.
AND NEW YORK NETWORK MANAGEMENT, L.L.C.,

                Plaintiffs,                Adv. Pro. No. 18-08155

   v.

KEVIN KELLY AND EDEL KELLY

                Defendants.
------------------------------------------------------------------------------x

# DECLARATION OF MAXIMILIAN TRAVIS IN OPPOSITION TO MOTION OR SUMMARY JUDGMENT

**MAXIMILIAN TRAVIS,** an attorney duly admitted to practice law before the United States Bankruptcy Court for the Eastern District of New York, affirms the following under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel for Kevin Kelly and Edel Kelly herein and in the litigation pending under the captions *Kevin Kelly and Edel Kelly v. New York Network Management, L.L.C. and Elizabeth Kelly* (Index No. 522255/2016) and *New York Network Management, L.L.C. v. Kevin Kelly* (Index No. 522203/2016) in the Supreme Court of New York, Kings County. As such, I have personal knowledge of the facts set forth herein.

2. Annexed hereto as Exhibit "A1" is a true and correct copy of the Credit Agreement dated January 30, 2017 between Debtors and Bank of America, N.A., produced to my firm in the instant litigation by New York Network Management, L.L.C.

3. Annexed hereto as Exhibit "A2" is the Incremental Term Increase Agreement and Lender Joinder Agreement dated March 10, 2017 and Joinder Agreement dated August 3, 2017, produced to my firm in the instant litigation by New York Network Management, L.L.C.

4. Annexed hereto as Exhibit "B" is a true and correct copy of the Summons, Complaint, and Amended Complaint filed in the litigation under the caption *Kevin Kelly and Edel Kelly v. New York Network Management, L.L.C. and Elizabeth Kelly* (Index No. 522255/2016) in the Supreme Court of New York, Kings County.

5. Annexed hereto as Exhibit "C" is a true and correct copy of the Membership Interests Purchase Agreement dated March 10, 2017 and filed in the litigation *In re Orion Healthcorp. Inc.* Index No. 18-71748 in the United States Bankruptcy Court for the Eastern District of New York.

6. Annexed hereto as Exhibit "D" is a true and correct copy of the Amended and Restated Escrow Agreement, dated March 24, 21017, among Elizabeth Kelly, Michaela Kricher, and Cliona

Sotiropolous, and Holland & Knight LLP, produced to my firm in litigation under the caption *Kevin Kelly and Edel Kelly v. New York Network Management, L.L.C. and Elizabeth Kelly* (Index No. 522255/2016) in the Supreme Court of New York, Kings County.

7. Annexed hereto as Exhibit "E" is a true and correct copy of the Escrow Payment Wire Instructions produced to my firm in litigation under the caption *Kevin Kelly and Edel Kelly v. New York Network Management, L.L.C. and Elizabeth Kelly* (Index No. 522255/2016) in the Supreme Court of New York, Kings County, except that the routing and account numbers have been redacted.

8. Annexed hereto as Exhibit "F" is a true and correct copy of the Order for Joint Administration dated July 10, 2018 filed in the litigation *In re Orion Healthcorp. Inc.* Index No. 18-71748 in the United States Bankruptcy Court for the Eastern District of New York.

9. Annexed hereto as Exhibit "G" is a true and correct copy of the Order of Judge Wavny Toussaint dated January 3, 2017, filed in the litigation under the caption *New York Network Management L.L.C. v. Kevin Kelly and Auciello Law Group* (Index No. 522203/2016) in the Supreme Court of New York, Kings County.

10. Annexed hereto as Exhibit "H" is a true and correct copy of the Order of Judge Wavny Toussaint dated October 20, 2017, filed in the litigation under the caption *New York Network Management L.L.C. v. Kevin Kelly and Auciello Law Group* (Index No. 522203/2016) in the Supreme Court of New York, Kings County.

11. Annexed hereto as Exhibit "I" are the true and correct copies of the Order of Judge Wavny Toussaint dated March 28, 2018, and the Order of Judge Wavny Toussaint dated April 27, 2018, filed in the litigation under the caption *New York Network Management L.L.C. v. Kevin Kelly and Auciello Law Group* (Index No. 522203/2016) in the Supreme Court of New York, Kings County.

Dated: January 18, 2019
       Brooklyn, NY

**MUCHMORE & ASSOCIATES PLLC**
*Counsel to Kevin Kelly and Edel Kelly*

By:/s/ Maximilian Travis                           .
         Maximilian Travis (MT 7200)
217 Havemeyer Street, 4th Floor
Brooklyn, NY 11211
(917) 932-0299